■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PALANQUE, Appellant. — Judgment, Supreme Court, Bronx County (J. Cohen, J.), rendered on April 24, 1980, unanimously affirmed. Application by appellant's

counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.